No. 84–320. NATIONAL FARMERS UNION INSURANCE COS. ET AL. *v.* CROW TRIBE OF INDIANS ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1032.] Motion for appointment of counsel granted, and it is ordered that Clarence T. Belue, Esquire, of Hardin, Mont., be appointed to serve as counsel for respondents Leroy Sage and Flora Not Afraid in this case. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 84–634. CHEVRON U. S. A., INC., ET AL. *v.* HAMMOND, GOVERNOR OF ALASKA, ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. 84–5004. BALL *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante,* p. 816.] Motion of the Solicitor General to permit Andrew J. Pincus, Esquire, to present oral argument *pro hac vice* granted.

No. 84–5266. CHAMBERS *v.* AMERICAN GREETINGS CORP. C. A. 8th Cir. Motion to direct the Clerk to file a petition for writ of certiorari that does not comply with the order of this Court entered October 9, 1984 [*ante,* p. 878], denied. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 84–5706. PALENO ET VIR *v.* COUNTY OF LAKE ET AL. Appeal from Ct. App. Cal., 1st App. Dist. Motion of appellants for leave to proceed *in forma pauperis* denied. Appellants are allowed until January 28, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit a statement as to jurisdiction in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would dismiss the appeal for want of jurisdiction and, treating the papers whereon the appeal would be taken as a petition for writ of certiorari, we would deny certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 84–5824. IN RE SOLIS. Petition for writ of habeas corpus denied.

No. 84–5782. IN RE AYERS. Petition for writ of mandamus denied.